Mark B. Frazier (State Bar No. 107221)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: mfrazier@rutan.com

Attorneys for Defendant
Beckman Coulter United Kingdom Ltd.

**FILED**
JUN 16 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGAMO BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CARGOLUX AIRLINES INTERNATIONAL, S.A.; RGP INTERNATIONAL FREIGHTS LTD.; AEROGROUND, INC.; AEROGROUND TRANSPORTATION SERVICES, INC.' MISTER CARGO LTD.; INTERSPED LOGISTICS GROUP, INC.; BECKMAN COULTER UNITED KINGDOM, LTD., and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No. CV04-00672 FMS ARB <br><br> **STIPULATION TO CONTINUE HEARING ON BECKMAN COULTER UNITED KINGDOM LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, TO CONTINUE STATUS CONFERENCE AND TO CONTINUE MEDIATION COMPLETION DATE PENDING REVIEW AND FINALIZATION OF SETTLEMENT DOCUMENTATION; [PROPOSED] ORDER** <br><br> Date: June 23, 2005 <br> Time: 2:00 p.m. <br> Place: Courtroom 5, 17th Floor <br><br> Date Action Filed: 01/12/04 <br> Trial Date: None Set |

Whereas, Defendant Beckman Coulter United Kingdom Ltd. ("BCUK") filed a Motion to Dismiss for Lack of Personal Jurisdiction, with a continued hearing date of February 17, 2005, which was continued by the Court to March 3, 2005, and continued again to May 12, 2005, and again to June 23, 2005 pending settlement discussions among certain parties.

...
...

1  Whereas, the Court also set a continued Status Conference date of
2  February 17, 2005, which was continued by the Court to March 3, 2005, and
3  continued again to May 12, 2005, and again to June 23, 2005.
4  Whereas, the Court set the mediation completion date for June 10, 2005, and
5  Plaintiff Sangamo Bioscience, Inc. ("Sangamo") and Defendant BCUK scheduled
6  their mediation with the Court's appointed mediator, Mr. Mathew P. Vafidis, to
7  occur prior to that date.
8  Whereas prior to the mediation, Plaintiff Sangamo and Defendant BCUK
9  negotiated a settlement that provides for a payment, dismissal with prejudice,
10 release, Civil Code Section 1542 waiver, the potential for a good faith settlement
11 motion and other terms.
12 Whereas draft settlement documentation was prepared and is being reviewed
13 by BCUK, and will be provided to counsel for Sangamo as soon as possible
14 following BCUK's review.
15 Whereas, Plaintiff Sangamo has reached settlement with the three other
16 served defendants, Cargolux Airlines International and Aeroground Freights Ltd.
17 And Aeroground Transportation Services, Inc.
18 Whereas, Plaintiff Sangamo accomplished service on the two previously non-
19 served defendants Mister Cargo Ltd. and RGP International Freights Ltd., neither of
20 which has responded to the summons and complaint.
21 Whereas, Plaintiff Sangamo is in the process of requesting that defaults be
22 entered as to such Defendants.
23 Whereas, all defendants have either appeared and settled, or are in the process
24 of settling, or have failed to appear and have had their defaults taken.
25 Whereas, plaintiff and BCUK require additional time to finalize their
26 settlement documentation, and pending their efforts, wish to postpone the hearing on
27 BCUK's motion to dismiss, the status conference and the mediation completion
28 date.

1  Whereas, counsel for Plaintiff Sangamo will be out of her office until July 10,
2  2005 on a medical leave and requests that the continued dates be scheduled
3  thereafter.

4  Whereas, to allow Plaintiff's counsel an opportunity to return from her
5  medical leave without immediately facing deadlines in this case, counsel believe
6  that continued dates toward the end of July 2005 are appropriate.

7  Whereas, the Court's appointed mediator Mathew P. Vafidis has been fully
8  notified of the circumstances and has notified counsel that he will comply with the
9  court's order.

10  Whereas, counsel agree that the new date for completion of mediation should
11  occur in late July or after August 15, 2005 and that the new dates for the hearing on
12  BCUK's motion to dismiss and for the status conference should occur after the new
13  date for completion of mediation.

14  Therefore, the parties, through their attorneys of record, stipulate and agree to
15  the following, subject to the Court's approval:

16  1. The mediation completion date should be continued from June 10, 2005
17  to a date in late July 2005.

18  2. The hearing on Defendant Beckman Coulter United Kingdom Ltd.'s
19  Motion to Dismiss for Lack of Personal Jurisdiction should be continued from
20  June 23, 3005 to a date after August 15, 2005.

21  3.. The June 23, 2005 Status Conference should be continued to the same
22  date as the continued Motion to Dismiss.

23  Dated: June 8, 2005                    RUTAN & TUCKER, LLP
                                           MARK B. FRAZIER
24
25                                         By: [signature]
26                                         Mark B. Frazier
                                           Attorneys for Defendant
27                                         Beckman Coulter United Kingdom
                                           Ltd.
28

1 | Dated: June _, 2005        LAW OFFICES OF DENNIS A. CAMMARANO
2
3 | By: _____
4 |      Elene M. Daley
     Attorneys for Plaintiff
     Sangamo Biosciences, Inc.
5
6 | **FOR GOOD CAUSE SHOWN:**
7 | **IT IS ORDERED** that:
8 | 1.     The mediation completion date is continued from June 10, 2005 to
9 | *Aug. 31, 2005*.
10 | 2.     The hearing on Defendant Beckman Coulter United Kingdom Ltd.'s
11 | Motion to Dismiss for Lack of Personal Jurisdiction is continued from June 23, 2005
12 | to _____ at 2:00 p.m. in Courtroom _____.
13 | 3.     The Status Conference presently scheduled for June 23, 2005 is
14 | continued to _____ at 2:00 p.m. in Courtroom _____.
15
16 | Dated: _____
17 |      Hon. Fern M. Smith
     United States District Court Judge,
     Northern District
18
19 | *The hearing date on Defendant*
20 | *Beckman Coulter's Motion to*
21 | *Dismiss and the Status Conference*
22 | *will be rescheduled after this*
23 | *case is re-assigned.*
24
25 | *June 10, 2005*      *So Ordered*
26 |      *Fern M. Smith*
27 |      *U.S. District Judge*
28

-4-