Marilyn Raia, SBN 072320
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Aeroground Inc.
and Aeroground Transportation Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGAMO BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARGOLUX AIRLINES INTERNATIONAL, S.A.; RGP INTERNATIONAL FREIGHTS LTD.; AEROGROUND, INC.; AEROGROUND TRANSPORTATION SERVICES, INC.; MISTER CARGO LTD. INTERSPED LOGISTICS GROUP, INC.; BECKMAN COULTER UNITED KINGDOM, LTD. and DOES 1 through 20 Inclusive, <br><br> Defendants. | Case No.: CV-00672 FMS <br><br> **STIPULATION AND (PROPOSED) ORDER RE DISMISSAL** |

Pursuant to FRCP 41, plaintiff Sangamo Biosciences, Inc. and defendants Aeroground, Inc. and Aeroground Transportation Services, Inc., via their respective counsel of record, stipulate to the dismissal of plaintiff's complaint as to Aeroground, Inc and Aeroground Transportation Services, Inc. with prejudice, each party to bear its own costs and attorneys fees.

Dated: 7/15/05

LAW OFFICES OF DENNIS A. CAMMARANO

By /s/ Dennis A. Cammarano
Dennis A. Cammarano
Attorneys for plaintiff Sangamo Biosciences, Inc.

– 1 –
STIPULATION AND (PROPOSED) ORDER RE DISMISSAL

Dated: 7/12/05

BULLIVANT HOUSER BAILEY PC

By *Marilyn Raia*
Marilyn Raia
Attorneys for Defendants Aeroground, Inc and
Aeroground Transportation Services, Inc.

## ORDER

Based on the foregoing stipulation, it is hereby ordered that plaintiff's complaint as to Aeroground, Inc. and Aeroground Transportation Services, Inc. is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

August 4, 2005

*Jeffrey S. White*
United States District Judge

6058377.1

– 2 –

STIPULATION AND (~~PROPOSED~~) ORDER RE DISMISSAL