IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMGAMO BIOSCIENCES INC.,

    Plaintiff,

No. C 04-00672 JSW

v.

**ORDER OF REFERRAL**

CARGOLUX AIRLINES, et al.

    Defendants.

_____/

    Pursuant to Local Rule 72-1, plaintiff's motion for default judgment against defendants Intersped Logistics Group, Inc., RPG International Freights Ltd., and Mr. Cargo, Ltd. in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

    **IT IS SO ORDERED.**

Dated: August 9, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom