IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMGAMO BIOSCIENCES INC,

    Plaintiff,

v.

CARGOLUX AIRLINES, et al.

    Defendant.

No. C 04-00672 JSW

**ORDER SETTING MOTION HEARING AND STATUS CONFERENCE**

On August 3, 2005, this matter was assigned to this Court for all further purposes. Pursuant to Judge Smith's Order dated June 16, 2005, the Court HEREBY ORDERS the parties to appear on Friday, October 28, 2005, at 9:00 a.m., for a hearing on Defendant Beckman Coulter United Kingdom's motion to dismiss for lack of personal jurisdiction and for a status conference. Based on the parties prior representations to the Court that they have reached a settlement agreement and require time to finalize the documentation of that agreement, the Court will consider a request for a further continuance of this matter.[1]

**IT IS SO ORDERED.**

Dated: August 10, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that on August 9, 2005, it referred Plaintiff's motion for a default judgment against certain defendants, including RGP International Freight, Ltd., to a randomly assigned Magistrate Judge for resolution, which may also impact the hearing date on BCUK's motion to dismiss. The Court notes for the record that it does not appear that a default has been entered as to RGP International Freight, Ltd.