1 | Mark B. Frazier (State Bar No. 107221)
RUTAN & TUCKER, LLP
2 | 611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
3 | Telephone: 714-641-5100
Facsimile: 714-546-9035
4 | Email: mfrazier@rutan.com

5 | Attorneys for Defendant
Beckman Coulter United Kingdom Ltd.

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 SANGAMO BIOSCIENCES, INC., | Case No. CV04-00672 FMS ARB |
| 12 Plaintiff, | **NOTICE OF SETTLEMENT; APPLICATION BY DEFENDANT** |
| 13 vs. | **BECKMAN COULTER UNITED KINGDOM LTD ("BCUK") TO** |
| 14 CARGOLUX AIRLINES | **TAKE ITS MOTION TO DISMISS** |
| INTERNATIONAL, S.A.; RGP | **OFF-CALENDAR AND TO BE** |
| 15 INTERNATIONAL FREIGHTS LTD.; | **EXCUSED FROM ATTENDING** |
| AEROGROUND, INC.; | **STATUS CONFERENCE;** |
| 16 AEROGROUND TRANSPORTATION | **APPLICATION BY PLAINTIFF** |
| SERVICES, INC.' MISTER CARGO | **SANGAMO AND DEFENDANT** |
| 17 LTD.; INTERSPED LOGISTICS | **BCUK TO TAKE CONTINUE** |
| GROUP, INC.; BECKMAN COULTER | **STATUS CONFERENCE** |
| 18 UNITED KINGDOM, LTD., and DOES | and Order thereon. |
| 1 through 20, Inclusive, | Date: October 28, 2005 |
| 19 | Time: 9:00 a.m. |
| 20 Defendants. | Date Action Filed: 01/12/04 |
| | Trial Date: None Set |
| 21 | |
| 22 | |

23 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

24 | RECORD:

25 | PLEASE TAKE NOTICE of the following:

26 | 1. Defendant Beckman Coulter United Kingdom, Ltd. ("BCUK") hereby

27 | submits this notice and application without waiving BCUK's right to contest

28 | personal jurisdiction.

Rutan & Tucker LLP
attorneys at law

093/015911-0021
651370.01 a10/19/05                                   -1-

1       2.     Plaintiff Sangamo Biosciences, Inc. ("Sangamo") and BCUK have

2  settled.  The settlement provides, in part, for dismissal of the complaint against

3  BCUK with prejudice, and that the Court shall retain continuing jurisdiction to

4  enforce the settlement.  A stipulation for such dismissal will be filed with the Court

5  within two weeks following Plaintiff's receipt of the settlement payment.

6       3.     As result of such settlement, Defendant BCUK's motion to dismiss,

7  now pending for hearing on October 28, 2005, is moot.

8       4.     All contested matters in the action will be resolved once Plaintiff

9  completes the process of securing default judgments against the non-settling

10  defendants.  The Status Conference scheduled for October 28, 2005 may no longer

11  be necessary.

12  **APPLICATIONS TO TAKE PENDING MOTION TO DISMISS OFF-**

13  **CALENDAR, TO CONTINUE STATUS CONFERENCE, AND TO EXCUSE**

14  **COUNSEL FOR BCUK FROM STATUS CONFERENCE.**

15       Based on the matters presented in items 2, 3 and 4 above, Sangamo and

16  BCUK, through their counsel of record, hereby apply to the Court for the following

17  orders:

18       1.     That  BCUK's pending motion to dismiss be taken off-calendar.

19       2.     That the status conference scheduled for October 28, 2005 be continued

20  to a date approximately thirty days from October 28, 2005.

21       3.     That counsel for BCUK should be excused from attending the status

22  conference.

23  Dated:  October 19, 2005           RUTAN & TUCKER, LLP

                                      MARK B. FRAZIER

24

25                                By: _____

26                                     Mark B. Frazier

27                                     Attorneys for Defendant

                                     Beckman Coulter United Kingdom

28                                     Ltd.

Rutan & Tucker LLP
attorneys at law

1   Dated: October ___, 2005        LAW OFFICES OF DENNIS A.

2                                         CAMMARANO

3                                      By: _____

4                                      Elene M. Daley
                                      Attorneys for Plaintiff

5                                      Sangamo Biosciences, Inc.

6   FOR GOOD CAUSE SHOWN:

7   IT IS ORDERED that:

8     1.     BCUK's pending motion to dismiss is off-calendar.

9     2.     The status conference scheduled for October 28, 2005 is continued to

10               , 2005 at 1:30 p.m. in this Courtroom.

11     3.     Counsel for BCUK is excused from attending the status conference.

12

13   Dated: _____

14                             Hon. Jeffery S. White
                             United States District Court Judge,
                             Northern District

15

16

17

18

19

20

21

22

23

24

25

26

27

28

093/013911-0021
65137u 01 a10-19-05

1   Dated: October___, 2005          LAW OFFICES OF DENNIS A.
2                                     CAMMARANO

3                                     By:_____
4                                        Elene M. Daley
                                         Attorneys for Plaintiff
                                         Sangamo Biosciences, Inc.
5

6       FOR GOOD CAUSE SHOWN:

7       IT IS ORDERED that:                           and terminated as

8       1.    BCUK's pending motion to dismiss is off-calendar.moot.

9       2.    The status conference scheduled for October 28, 2005 is continued to

10   December 16____, 2005 at 1:30 p.m. in this Courtroom.

11      3.    Counsel for BCUK is excused from attending the status conference.

12

13   Dated: October 19, 2005  _____   _____

14                                     Hon. Jeffrey S. White
                                       United States District Court Judge,
15                                     Northern District

16

17

18

19

20

21

22

23

24

25

26

27

28