Mark B. Frazier (State Bar No. 107221)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: mfrazier@rutan.com

Attorneys for Defendant
Beckman Coulter United Kingdom, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGAMO BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CARGOLUX AIRLINES INTERNATIONAL, S.A.; RGP INTERNATIONAL FREIGHTS LTD.; AEROGROUND, INC.; AEROGROUND TRANSPORTATION SERVICES, INC.' MISTER CARGO LTD.; INTERSPED LOGISTICS GROUP, INC.; BECKMAN COULTER UNITED KINGDOM, LTD., and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No. CV04-00672 JWS ARB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT AND SETTLEMENT: [PROPOSED] ORDER** <br><br> Date Action Filed: 01/12/04 <br> Trial Date:  None Set |

IT IS HEREBY STIPULATED by and between Sangamo Biosciences, Inc. ("Sangamo") and Beckman Coulter United Kingdom, Ltd. ("BCUK") (collectively the "Parties"), without waiving BCUK's right to contest jurisdiction, through their authorized counsel of record, that:

///

093/015911-0021
613306.01 a10/24/05

-1-

Dockets.Justia.com

1.  The United States District Court shall retain continuing jurisdiction over the Parties' settlement, including their Settlement Agreement, General Release and Waiver of Civil Code Section 1542 ("Agreement"), any motion brought pursuant to California Code of Civil Procedure Section 877.6, and any other proceedings to enforce and implement the parties' rights and obligations pursuant to their settlement, following entry of this Stipulation and Proposed Order;

2.  The terms of the Parties' Agreement, a true and correct copy of which is attached to this Stipulation as Exhibit "1," are incorporated into this Stipulation as though set forth verbatim;

3.  The above entitled action shall be and hereby is dismissed with prejudice as to BCUK pursuant to Federal Rule of Civil Procedure, Rule 41, subject to the Court's Order below.

Dated: October 24, 2005

RUTAN & TUCKER, LLP
MARK B. FRAZIER

By: _____
Mark B. Frazier
Attorneys for Defendant
Beckman Coulter United Kingdom, Ltd.

Dated: October __, 2005

LAW OFFICES OF DENNIS A. CAMMARANO

By: _____
Elene M. Daley
Attorneys for Plaintiff
Sangamo Biosciences, Inc.

FOR GOOD CAUSE SHOWN:

IT IS ORDERED that:

1.  The Court hereby retains continuing jurisdiction over the Parties' settlement, including their Settlement Agreement, General Release and Waiver of Civil Code Section 1542 ("Agreement"), any motion brought pursuant to California

1.   The United States District Court shall retain continuing jurisdiction over the Parties' settlement, including their Settlement Agreement, General Release and Waiver of Civil Code Section 1542 ("Agreement"), any motion brought pursuant to California Code of Civil Procedure Section 877.6, and any other proceedings to enforce and implement the parties' rights and obligations pursuant to their settlement, following entry of this Stipulation and Proposed Order;

2.   The terms of the Parties' Agreement, a true and correct copy of which is attached to this Stipulation as Exhibit "1," are incorporated into this Stipulation as though set forth verbatim;

3.   The above entitled action shall be and hereby is dismissed with prejudice as to BCUK pursuant to Federal Rule of Civil Procedure, Rule 41, subject to the Court's Order below.

Dated: October 24, 2005

RUTAN & TUCKER, LLP
MARK B. FRAZIER

By: _____
Mark B. Frazier
Attorneys for Defendant
Beckman Coulter United Kingdom, Ltd.

Dated: October 25, 2005

LAW OFFICES OF DENNIS A. CAMMARANO

By: _____
Elene M. Daley
Attorneys for Plaintiff
Sangamo Biosciences, Inc.

FOR GOOD CAUSE SHOWN:

IT IS ORDERED that:

1.   The Court hereby retains continuing jurisdiction over the Parties' settlement, including their Settlement Agreement, General Release and Waiver of Civil Code Section 1542 ("Agreement"), any motion brought pursuant to California

1 | Code of Civil Procedure Section 877.6, and any other proceedings to enforce and
2 | implement the parties' rights and obligations pursuant to their settlement, following
3 | entry of this Stipulation and Proposed Order;
4 |     2.    The terms of the Agreement physically attached hereto as Exhibit "1"
5 | are incorporated by this reference into this Order as though set forth verbatim in this
6 | Order; and
7 |     3.    The above entitled action hereby is dismissed with prejudice as to
8 | BCUK pursuant to Federal Rule of Civil Procedure, Rule 41.

Dated: October 26, 2005

*/s/ Jeffrey S. White*
Hon. Jeffery S. White
United States District Court Judge,
Northern District