IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMGAMO BIOSCIENCES INC,

    Plaintiff,

v.

CARGOLUX AIRLINES, et al.

    Defendants.
                                               /

No. C 04-00672 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation regarding the Motion for Default Judgment filed by Plaintiff Sangamo Biosciences, Inc. Any objections to Magistrate Judge Chen's Report and Recommendation were due on January 6, 2006, and no such objections have been filed.

    Having considered the Report and Recommendation and the lack of opposition thereto, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

    Accordingly, Plaintiff's Motion for Default Judgment is HEREBY GRANTED. A separate judgment shall issue in favor of Plaintiff and against Defendants Intersped Logistics Group, RPG International Freights Ltd., and Mister Cargo, Ltd.

    **IT IS SO ORDERED.**

Dated:

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE