United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMGAMO BIOSCIENCES INC,

        Plaintiff,

    v.

CARGOLUX AIRLINES, et al.

        Defendants.

_____/

No. C 04-00672 JSW

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

        The Court has reviewed Magistrate Judge Edward M. Chen's Report and
Recommendation regarding the Motion for Default Judgment filed by Plaintiff Sangamo
Biosciences, Inc.  Any objections to Magistrate Judge Chen's Report and Recommendation
were due on January 6, 2006, and no such objections have been filed.

        Having considered the Report and Recommendation and the lack of opposition thereto,
the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

        Accordingly, Plaintiff's Motion for Default Judgment is HEREBY GRANTED.  As of
the date the Report was issued, the total damages due were $192,954.06.  Nineteen days have
elapsed since that date and an additional $110.39 in pre-judgment interest has accrued.
Accordingly, judgment shall be entered in the amount of $193,064.45 in favor of Plaintiff and
against Defendants Intersped Logistics Group ("Intersped"), RPG International Freights Ltd.
("RPG"), and Mister Cargo, Ltd. ("Mister Cargo").  Intersped, RPG, and Mister Cargo shall be

held jointly and severally liable for this Judgment.

 **IT IS SO ORDERED.**

Dated:  January 9, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California