| | |
|---|---|
| 1 | DENNIS A. CAMMARANO/BAR NO. 123662 |
| | ELENE M. DALEY/BAR NO. 185264 |
| 2 | LAW OFFICES OF DENNIS A. CAMMARANO |
| | 555 East Ocean Boulevard, Suite 501 |
| 3 | Long Beach, California 90802 |
| | Telephone: (562) 495-9501 |
| 4 | Facsimile: (562) 495-3674 |
| 5 | Attorneys for Plaintiff, |
| | SANGAMO BIOSCIENCES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANGAMO BIOSCIENCES, INC., | ) | Case No.: CV-00672 JCS ARB |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL; ORDER THEREON** |
| | ) | |
| v. | ) | |
| | ) | |
| CARGOLUX AIRLINES INTERNATIONAL, S.A.; RGP INTERNATIONAL FREIGHTS LTD.; AEROGROUND, INC.; AEROGROUND TRANSPORTATION SERVICES, INC.; MISTER CARGO LTD.; INTERSPED LOGISTICS GROUP, INC.; BECKMAN COULTER UNITED KINGDOM, LTD., and DOES 1 through 20, Inclusive, | ) | |
| Defendants. | ) | |

Pursuant to F.R.C.P Section 41, Plaintiff, SANGAMO BIOSCIENCES, INC., and Defendants CARGOLUX AIRLINES INTERNATIONAL, S.A., via their respective counsel of record stipulate to dismissal of Plaintiff's Complaint as to CARGOLUX AIRLINES

///
///
///
///
///
///

---

*Stipulation for Dismissal*

INTERNATIONAL, S.A., with prejudice, with each party hereto bearing its own costs and attorneys fees.

Dated: October 10, 2005

LAW OFFICES OF
DENNIS A. CAMMARANO

By: _____
Dennis A. Cammarano
Attorneys for Plaintiff,
SANGAMO BIOSCIENCES, INC.
net2052stip-dismissal

Dated: October 10, 2005

LAW OFFICES OF
PATRICIA BARLOW

By: _____
Patricia M. Barlow
Attorneys for Defendant,
CARGOLUX AIRLINES
INTERNATIONAL, S.A.

## ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Plaintiff's Complaint, *vis-a-vis* CARGOLUX AIRLINES INTERNATIONAL, S.A. is dismissed, with prejudice, with each party to bear its own costs and attorneys fees.

Dated: April 6, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802. On April 6, 2006, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL; ORDER THEREON** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Patricia Barlow, Esq.
LAW OFFICES OF PATRICIA BARLOW
333 Market Street, 31st Floor
San Francisco, California 94105

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☑ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine. Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to be deposited at the Federal Express box at Long Beach, California for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Long Beach, California in the ordinary course of business for delivery to the addressee(s)

Executed on April 6, 2006, at Long Beach, California

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.    *Lisa N. Bell*