**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMGAMO BIOSCIENCES INC., <br><br> Plaintiff, <br><br> v. <br><br> CARGOLUX AIRLINES INTERNATIONAL S.A., et al., <br><br> Defendants. <br>_____ / | No. C 04-00672 JSW <br><br> **ORDER REFERRING APPLICATION FOR APPEARANCE AND EXAMINATION TO RANDOMLY ASSIGNED MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the application for appearance and examination filed by Plaintiff Sangamo Biosciences, Inc. in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: June 30, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom